# Atlantic Coast Line Ry. Co. *v.* Saunders Hdw. Co.

### *Certiorari.*

(Decided Nov. 11, 1909.   50 South. 886.)

*Appeal and Error; Review; Costs; Discretion of Trial Court.*— The taxing of the costs by the circuit court in a case brought to it from a justice court by certiorari, is, under section 2831, Code 1896, within the discretion of the trial court and not revisable on appeal.

APPEAL from Henry Circuit Court.

Heard before Hon. A. A. EVANS.

The Atlantic Coast Line Railway Company was sued in a justice court by the Saunders Hardware Company, and judgment having been rendered against it, they brought said judgment to the circuit court by certiorari. Upon the trial, the circuit court taxed the cost against appellant, from which this appeal is taken. Affirmed.

JOHN R. TYSON, and P. A. McDANIEL, for appellant.— Counsel practically admit that on the authority of *L. & N. v. Solomon,* 138 Ala. 152, and under section 4830, Code 1907, that the taxing of the cost was in the direction of the trial court, and not revisable on appeal.

R. W. MILLER, for appellee.—No brief came to the Reporter.

SIMPSON, J.—This case was removed by certiorari from the justice court to the circuit court, and the only assignment of error relates to the action of the circuit court in taxing the costs against the petitioner (appellant). The matter of taxing costs in such cases, is within the discretion of the circuit court, and not revisable here.—Code 1896, § 2831; *L. & N. R. R. Co. v. Solomon,* 138 Ala. 151, 34 South. 1025.

The judgment of the court is affirmed.

Affirmed.

DOWDELL, C. J. and McCLELLAN and MAYFIELD, JJ., concur.